**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSH SHIREY,<br><br>       Plaintiff,<br><br>v.<br><br>COHERENT, INC., GARRY ROGERSON, ANDY MATTES, JAY T. FLATLEY, PAMELA FLETCHER, BEVERLY KAY MATTHEWS, MICHAEL MCMULLEN, STEVE SKAGGS, and SANDEEP VIJ,<br><br>       Defendants. | Case No: 2:21-cv-10698-JMV-AME<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Josh Shirey hereby voluntarily dismisses the above-captioned action.

Defendants have not served an answer or a motion for summary judgment.

Dated:  August 2, 2021                                Respectfully submitted,

                                                       **HALPER SADEH LLP**

                                                       /s/ Zachary Halper
                                                       Zachary Halper, Esq.
                                                       186 Darwin Lane
                                                       North Brunswick, NJ 08902
                                                       Telephone: (212) 763-0060
                                                       Facsimile: (646) 776-2600
                                                       Email: zhalper@halpersadeh.com

                                                       *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                    /s/ Zachary Halper
                                    Zachary Halper

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 8/3/2021

2